AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. ELH 13-cv-01878

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rod Rosenstein - US Attorney

was received by me on *(date)* 07.10.2013

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify)*: By Certified Mail
Civil Process Clerk
Rod Rosenstein - U.S. Attorney
36 S. Charles str. 4th floor
Baltimore, MD 21201

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07.10.2013

Server's signature

Printed name and title
Lila Acebert

Server's address
29839 S. Margarita
ste 100
RSM, CA 92688

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. ELH 13-cv-01878

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Carolyn Colvin
was received by me on *(date)* 07.10.2013

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served by certified mail at 6401 Security Blvd, Altmeyer Bldg, Room 611 Baltimore, MD 21235

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07.10.2013

_____
Server's signature

Lila Dubert
Printed name and title

29839 S. Margarita, Ste 100
RSM, CA 92688
Server's address

Additional information regarding attempted service, etc:

FILED ___ ___ ENTERED
LODGED ___ FILED ___ RECEIVED
LODGED

JUL 16 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

JY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. ELH 13-cv-01878

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Attorney General Holder__
was received by me on *(date)* __07 10 2013__.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified mail
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __07 10 2013__

*Server's signature*

Lile Deulert
*Printed name and title*

29839 S. Margarita Ste 100
*Server's address*
RM, CA 92688

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.58 |

Postmark Here

Sent To: Carolyn Colvin c/o Gen. Counsel
Street, Apt. No.; or PO Box No.: 6401 Security Blvd
City, State, ZIP+4: Altmeyer Bldg, R611 Baltimore, MD

7012 0470 0000 5945 5751

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.58 |

Postmark Here

Sent To: Civil process clerk, Rod Rosenstein, U.S. A.H.
Street, Apt. No.; or PO Box No.: 36 S. Charles St, 4th floor
City, State, ZIP+4: Baltimore, MD 21201

7012 0470 0000 5945 5744

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.50 |

Postmark Here

Sent To: Attorney General Holder
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave
City, State, ZIP+4: Washington DC 20530

7012 0470 0000 5945 5768

PS Form 3800, August 2006 — See Reverse for Instructions