**FedEx Express** NEW Package US Airbill

FedEx Tracking Number: 8022 7169 0420
Form ID No. 0200

**1 From** Please print and press hard.

Date: 08.19 2013
Sender's FedEx Account Number:

Sender's Name: Orly Taitz
Phone: ( )

Company: Law office of Orly Taitz

Address: 29839 S Margarita sh 100

City: RSM   State: CA   ZIP: 92688

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Clerk of the Court
Phone: ( )

Company: USDC

Address: 4228 US Court Roc...

Address: 101 Lombard str

City: Baltimore   State: MD   ZIP: 21201

**4 Express Package Service**

Next Business Day / 2 or 3 Business Days
- FedEx First Overnight
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**
- SATURDAY Delivery
- No Signature Required
- Direct Signature
- Indirect Signature

Does this shipment contain dangerous goods?
- No
- Yes (Shipper's Declaration)
- Yes (Shipper's Declaration not required)
- Dry Ice
- Cargo Aircraft Only

**7 Payment** Bill to:
☑ Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages   Total Weight   Total Declared Value

644

Easy new Peel-and-Stick airbill. No pouch needed.