IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2013 AUG 23 P 3: 44

| | |
|---|---|
| ORLY TAITZ, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil No. **ELH-13-1878** |
| v. | ) ) |
| CAROLYN COLVIN, COMMISSIONER SOCIAL SECURITY ADMINISTRATION | ) ) ) |
| Defendant. | ) |

### ORDER

Upon consideration of the Defendant's Motion for Extension of Time and there being good cause therefore, it is

ORDERED that the time for the Defendant to file its Reply Brief in the captioned case BE and the SAME HEREBY IS extended through and including September 16, 2013.

Dated: 8/23/13

_____
ELLEN L. HOLLANDER
United States District Judge