IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ORLY TAITZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No.  **ELH-13-1878** |
| v. ) | |
| ) | |
| **CAROLYN COLVIN, COMMISSIONER** ) | |
| **SOCIAL SECURITY ADMINISTRATION** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S
MOTION FOR VAUGHN INDEX**

Defendant, by and through undersigned counsel, hereby responds to the above-styled Motion filed by the Plaintiff:

1)   That, as stated by the Defendant in its Motion to Dismiss or in the Alternative for Summary Judgment and further explained in Defendant's Response to Plaintiff's Opposition to Motion to Dismiss and Motion for Summary Judgment in Favor of the Plaintiff, and the supporting declarations of Dawn S. Wiggins, the Social Security Administration does not possess records in the name of Harrison J. Bounel based on the information provided by the Plaintiff. (See ***Docket 7, Exhibit D ¶ 6, Declaration of Dawn S. Wiggins; Docket 12***).

2)   The Plaintiff's Motion requests that the Court Order the Defendant to prepare a Vaughn Index to identify "each document relating to Harrison (Harry) J. Bounel withheld."  "A Vaughn index is a list describing the documents an agency withholds.  The list must include sufficiently detailed information to enable a district court to rule whether the document falls within a FOIA exemption.  The Vaughn Index received its name from the decision in which the use of such an index was first discussed." *Rein v. U.S. Patent & Trademark Office*, 553 F.3d 353, 357 n. 6  (4th Cir. 2009); *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973).

3) Here, since the Defendant does not possess the records described by the Plaintiff, this Motion should be denied as moot.

Wherefore, the Defendant respectfully requests that the Plaintiff's Motion for Vaughn Index be denied.

        Respectfully Submitted,

        ROD ROSENSTEIN
        United States Attorney

By:    /s/
     Andrew Norman,
     <u>Federal Bar No. 00242</u>
     Assistant United States Attorney
     36 South Charles Street, 4th Floor
     Baltimore, Maryland 21201
     (410) 209-4821 (Office)
     *Attorney for Defendant*

OF COUNSEL:

Jessica Vollmer, Attorney
Social Security Administration
Office of General Counsel
Office of General Law