IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ORLY TAITZ,

   *Plaintiff*,

v.

CAROLYN COLVIN, Commissioner,
Social Security Administration,

   *Defendant*.

Civil Action No. ELH-13-1878

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 13th day of December, 2013, by the United States District Court for the District of Maryland, ORDERED:

1. Defendant's Motion to Dismiss (ECF 7) is GRANTED, without prejudice and with leave to amend;

2. Plaintiff's Motion for Summary Judgment (ECF 9) is DENIED, without prejudice;

3. Plaintiff shall have 21 days from the docketing of this Order to file a second amended complaint.

                                          /s/
                                  Ellen Lipton Hollander
                                  United States District Judge