IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ORLY TAITZ, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>CAROLYN COLVIN, COMMISSIONER )<br>SOCIAL SECURITY ADMINISTRATION )<br>)<br>    Defendant. ) | Civil No. <u>ELH-13-1878</u> |

## NOTICE TO SUBSTITUTE

Please ENTER the appearance of Assistant United States Attorney Allen F. Loucks as counsel for Defendant and STRIKE the appearance of Assistant United States Attorney Andrew G.W. Norman.

                                              Respectfully submitted,

                                              Rod J. Rosenstein
                                              United States Attorney

By: _____/s/_____
        Allen F. Loucks
        Assistant United States Attorney
        36 South Charles Street
        Fourth Floor
        Baltimore, Maryland 21201
        (410) 209-4800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January 2014, a copy of the foregoing Notice to Substitute as sent, first class mail, postage prepaid to:

Orly Taitz
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, California 92688

_____
Allen F. Loucks
Assistant United States Attorney