**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---:|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

January 14, 2014

MEMORANDUM TO COUNSEL AND DR. TAITZ

Re:  *Taitz v. Colvin*
     Civil No. ELH-13-01878

Dear Counsel and Dr. Taitz:

I am in receipt of defendant's "Motion for Extension of Time to Respond to the Second Amended Complaint" ("Motion," ECF 22), which was filed on January 13, 2014. The Motion seeks to extend the time for filing a response to plaintiff's Second Amended Complaint (ECF 20) through February 7, 2014. In the Motion, defendant states: "Undersigned counsel has not communicated this request to the pro se plaintiff."

The defendant appears to have good cause for the brief extension. Moreover, such motions are routinely granted. Nevertheless, Local Rule 105.9 requires a party seeking an extension to "attempt to obtain the consent of other counsel and shall give notice of the motion to other counsel a reasonable time before presentation of the motion to the Court." Further, the Rule provides that "counsel also shall try to obtain the consent of an unrepresented party," if reasonably practicable.

Accordingly, I ask defense counsel to contact plaintiff and advise the Court as to plaintiff's position with respect to the requested extension or, alternatively, to advise the Court as to why contacting the plaintiff is not "reasonably practicable."

Despite the informal nature of this letter, it is an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

   /s/
Ellen Lipton Hollander
United States District Judge