**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Allen F. Loucks*  
*Chief, Civil Division*  
*Allen.Loucks@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4812*  
*MAIN: 410-209-4800*  
*FAX: 410-962-2310*

January 14, 2014

Orly Taitz
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, California 92688

                          Re: <u>Taitz v. Colvin</u>
                                Civil No. ELH-13-1878

Dear Dr. Taitz:

      AUSA Norman is retiring and this matter has been assigned to me for further handling. I have reviewed the file and Judge Hollander's recent memorandum Opinion. I have also contacted the SSA and have asked them to prepare an affidavit to address the concerns raised in the Court's opinion, concerns that you also raised in your Second Amended Complaint.

      If you can accord me the courtesy of an agreed-to date for a response of February 7, I would be appreciative. Candidly, I have not calculated when the response would ordinarily be due under the rules and had hoped that we could simply set a date. It may be that application of the Rules would yield a date later than February 7. I am cautiously optimistic however that I can meet a February 7 deadline. If it looks as though I cannot, I will advise you and ask your leave for additional time.

      I will of course agree to extend deadlines for you in return, should you also need additional time. Thank you for your consideration of this request.

                                  Very truly yours,

                                  Rod J. Rosenstein
                                  United States Attorney

                          By: _____/s/_____
                               Allen F. Loucks
                               Assistant United States Attorney

cc: Court file (By ECF)