DR. ORLY TAITZ ESQ

PRESIDENT

DEFEND OUR FREEDOMS FOUNDATION

29839 SANTA MARGARITA STE 100

RANCHO SANTA MARGARITA, CA 92688

PH. 949-683-5411 FAX 949-766-7603

01.14.2014

Attention Clerk of the court

Please, docket in *Taitz v Colvin* 13-cv-1878 ELH attached response to the defense in regards to the request for extension of time

Respectfully,

/s/ Dr. Orly Taitz, ESQ

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 22 2014

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## DR. ORLY TAITZ ESQ

## PRESIDENT

## DEFEND OUR FREEDOMS FOUNDATION

## 29839 SANTA MARGARITA STE 100

## RANCHO SANTA MARGARITA, CA 92688

## PH. 949-683-5411 FAX 949-766-7603

01.14.2014

Allen F. Loucks

Chief Civil Division

US Attorneys' office

Ste 400, 36 S. Charles str.

Baltimore, MD 21201-3119

Allen.Loucks@usdoj.gov


Re: Motion for Extension of time by the Defense in *Taitz v Colvin* **13-cv-1878**

(Notice of this response is forwarded to Hon. Ellen Lipton Hollander)

Dear Mr. Loucks,

I am currently out of town until January 20th and by checking the docket of the case on the Internet I found your motion for extension of time filed on January 13th and your letter to me seeking to stipulate to this motion dated a day later on January 14th 2014.

I understand that you are seeking a time extension in the above captioned case as you are a new attorney in the case and you are seeking a <u>third</u> affidavit from FOIA officer Dawn Wiggins in regards to the same search for SS-5 for Connecticut Social Security number xxx-xx-4425 of Harry (Harrison) Bounel which Mr. Obama has fraudulently assumed and used in his 2009 tax returns. Mr. Obama posted aforementioned tax returns on Whitehouse.gov, originally did not properly redact them and the full unredacted Social Security number became available to the public and subsequently failed E-Verify and SSNVS as the number was never issued to Barack Obama.

I would be willing to consent to time extension for you to answer to the Second Amended Complaint provided you fulfill your duty in the following:

1. As a U.S. Attorney you represent the agency, here Social Security Administration and the officials (employees) of the agency only to the extent to their actions in furtherance of their duties within the agency. Evidence submitted by me in this case show that FOIA officer Dawn Wiggins acted outside of her duties and engaged in the cover up of incriminating evidence, in fraud and possibly treason in that she knowingly allowed citizen of Indonesia Mr. Barry Soetoro, aka Mr. Barry (Barack) Soebarkah, aka Mr. Barack Obama commit fraud and usurp the U.S. Presidency while using a stolen Social Security number, which failed E-Verify, and using bogus invalid secondary IDs, which were obtained based on this stolen Social Security number. At this point, before demanding that Ms. Wiggins produce a third version of the same affidavit, you have an ethical obligation as an officer of the court to advice Ms. Wiggins about possible self incrimination and potential or actual conflict of interest between her and the agency (SSA) and her right to hire an independent counsel who would represent her. As a U.S. Attorney, when you are aware that the employee of the agency either violated the law or possibly violated the law, you can no longer represent her as an employee of the agency and you cannot provide affidavits from her.
2. I hereby request under 18 USC 3332 for you to forward to the Federal Grand Jury for the District of Maryland evidence of offenses against the Criminal Laws of the United States which was provided in this case. 18 USC §3332 (a): It shall be the duty of each such grand jury impaneled within any judicial district to inquire into offenses against the criminal laws of the

United States alleged to have been committed within that district. Such alleged offenses may be brought to the attention of the grand jury by the court <u>or by any attorney appearing on behalf of the United States for the presentation of evidence. Any such attorney receiving information concerning such an alleged offense from any other person shall, if requested by such other person, inform the grand jury of such alleged offense, the identity of such other person, and such attorney's action or recommendation</u>. While 18 USC 3332 only states that you may bring such evidence to the Grand Jury, your Oath of Office as the US Attorney to "defend and protect the U.S. Constitution" turns "may" into a "must", the evidence shows most egregious violations against the U.S. Constitution, danger to the U.S. National security, which require an immediate, expedited submission of the evidence at hand to the Federal Grand Jury.

In a nut shell the facts of this case show that:

a. Mr. Obama posted his tax returns and originally did not flatten the PDF file, showing full Social Security number that he is using, which failed both E-Verify and SSNVS
b. Investigator Albert Hendershot found in Merlins Information systems that two people used this CT SSN xxx-xx-4425: Harrison (Harry) J Bounel (born in 1890) and Barack Obama
c. Two other investigators: elite Scotland Yard Officer Neil Sankey and licensed investigator Susan Daniels independently found in different databases such as Choice Point, Intellius and Lexis Nexis that the holder of this Social Security number was born in 1890.
d. 1940 US Census showed Harry Bounel residing in New York and being 50 years old in 1940, which confirms 1890 birth.
e. According to SSA "120 year rule" SSA is obligated to release SS-5, Social Security applications, of people born 120 years ago or earlier.
f. In November of 2012 SSA found the record of Harry Bounel and denied release claiming privacy, response was signed by FOIA officer Dawn Wiggins.
g. When Taitz asserted that SSA cannot claim privacy exemption for individuals born over 120 years ago and they have to produce the record, the same Dawn Wiggins submitted a second affidavit claiming that she is unable to find the record of Harry Bounel.
h. Taitz provided additional evidence: official records and affidavits showing that the use of a stolen Social Security number by Mr. Obama falls into <u>the same modus operandi</u> as his use of a fabricated Selective Service registration with a fabricated cancellation postal stamp on it, fabricated birth certificate, falsified college records and other fraudulent secondary IDs which are based on this stolen SSN as a primary ID.

Mr. Loucks, I can wait and stipulate to a later answer to the complaint, however this nation cannot wait any longer for the criminal investigation of Mr. Obama's use of stolen and fabricated IDs. We are seeing Mr. Obama making decisions that endanger the U.S. National security, such as recent agreements with Iran, which allow Iran to enrich uranium, build ballistics weapons and ultimately develop nuclear weapons, Mr. Obama's support of Muslim brotherhood leader in Egypt, furtherance of TPP and TAFTA, 10 million Americans dropping out of labor force during the last 5 years and 6,6 million dropping below the poverty line in the same 5 years while the National debt nearly doubled.

United States of America cannot wait for any more extensions to find out true identity and true allegiance of the person using the Social Security number of Mr. Bounel.

Mr. Loucks, as I stated, I am currently out of town, as together with my husband I am visiting my father in law, who is an 89 year old Holocaust survivor. He lost his three brothers, who as children, were made to dig their own graves and assassinated. My three sons were named after them and in their memory. Those atrocities happened because in Germany in early 1930s prosecutors and judges did not follow their oath to protect German Constitution and allowed initial violations of law and citizen's rights to go unpunished which ultimately ended in deaths of millions of people.

Never again.

Today Civil rights of every American are violated, as they are deprived of lawful presidency.

It is your duty to stop it by submission to the Federal Grand Jury of the evidence in this case based on 18 USC §3332.

Upon these two aforementioned conditions I stipulate to the extension of time to file an answer to the Second Amended Complaint in *Taitz v Colvin* 13-cv-1878.

Respectfully,

/s/ Dr. Orly Taitz, ESQ
Cc Hon Ellen Lipton Hollander

EMS
www.israelpost.co.il
ISRAEL POST

EE   147663209   IL

SMS לטלפון נייד מספר:

| 1 FROM | מספר מנוי | השולח | 2 TO | הנמען |

TEL. _____  TEL. _____ FAX. _____

| 3 Customs Declaration הצהרת מכס | ☐ Gift שי | ☐ Merchandise מסחרי | ☐ Returned goods סחורה מוחזרת | ☐ Documents מסמכים | Export Ref. מספר יצואן | 4 |

| Contents פירוט התכולה | | Value ערך במט"ח למכס | Weight משקל Kg | HS tariff no. מספר פרט מכס | Country of origin of goods ארץ מקור הטובין |
|---|---|---|---|---|---|
| Do not send cash, jewelry or valuables | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Importer Ref. מספר יבואן

חתימת השולח / Signature of Sender

| 5 | חתימת השליח | שם השליח |

פרים מספר item number ___ מתוך of ___ פריטים במשלוח total items

| 6 | ערך תכולה | ☐ כולל ביטוח לצורך ביטוח | 7 Name and signature of addressee | שעת איסוף: _____ | תאריך איסוף: _____ |
| (1.13) 42-8111 | | | | Date of delivery | |

738-0026

Country of Destination    ארץ היעד

EMS

חברת דואר ישראל בע"מ אינה אחראית לנזק שנגרם עקב אריזה לא נאותה או מחמת טיב התכולה של דבר הדואר. האחריות לטיב האריזה מוטלת על השולח.

במקרה של נזק, על הנמען לדווח לפקיד הדואר המקומי בעת קבלת דבר הדואר או בהזדמנות הסבירה לאחר מכן.

The Israel Postal company LTD is not responsible for