# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| **ORLY TAITZ,** | ) |
| *Plaintiff*, | ) |
| | ) **Civil No. ELH 13-1878** |
| v. | ) |
| **CAROLYN COLVIN** | ) |
| *Defendant*. | ) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment, the opposition thereto, the record in thei case and the applicable law, it is this _____ day of _____, 2014

ORDERED that Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment BE AND HEREBY IS GRANTED; and it is further

ORDERED that the Plaintiff's Motion for Summary Judgment BE AND HEREBY IS DENIED; and it is further

ORDERED that the Clerk shall enter judgment for the defendant; and it is further

ORDERED that the Clerk mail a copy of this Order to the pro se plaintiff and close this case.

_____.

Ellen L. Hollander
United States District Judge