

Dr. Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

ph. 949-683-5411 fax 949-766-7603

orly.taitz@hushmail.com

## IN THE US DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Dr. Orly Taitz, ESQ | ) Civil Action 13-cv-1878 |
| Plaintiff | )Hon. Ellen Lipton Hollander |
| v | ) Presiding |
| Carolyn Colvin, | ) |
| in her official capacity as Acting Director | ) |
| of Social Security Administration | ) |

## REPLY IN SUPPORT OF A MOTION FOR SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF

### STATEMENT OF FACTS

The case at hand is an appeal of refusal by Social Security Administration to provide the plaintiff with the SS-5, Social Security application of Harry Bounel. Plaintiff filed this case after SSA did not respond for 60 days, even though it was obligated to respond within 20 business days.

After Plaintiff filed this law suit, Defendant, Acting Commissioner of Social Security administration, Carolyn Colvin, responded by claiming that SSA does not