**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 13, 2014

MEMORANDUM TO COUNSEL AND DR. TAITZ

    Re:    *Orly Taitz v. Carolyn Colvin*
             Civil Action No. ELH-13-01878

Dear Counsel and Dr. Taitz:

    On March 12, 2014, Dr. Taitz sent to the Clerk of the Court a "Reply in Support of a Motion for Summary Judgment in Favor of Plaintiff." The Clerk did not docket the filing, instead notifiying Dr. Taitz, with court approval, that "a motion for leave to file a sur-reply must be filed." *See* Return Pleading Order, ECF 33. On March 13, Dr. Taitz contacted my chambers via telephone, advising one of my law clerks that her filing was *not* a sur-reply to the defendant's pending motion, but rather was a reply in support of Dr. Taitz's own motion for summary judgment (ECF 31). Upon review of the docket, it appears that the Return Pleading Order was sent in error. Accordingly, the Clerk is directed to docket the "Reply in Support of a Motion for Summary Judgment in Favor of Plaintiff," which is attached to this Memorandum, as a Reply in support of ECF 31.

    Additionally, on March 13, 2014, I received a letter from Dr. Taitz advising the Court that she was unable to access, via the Court's electronic case filing system ("ECF"), defendant's August 14, 2013 "Motion to Dismiss, or in the Alternative for Summary Judgment" (ECF 7). Dr. Taitz's letter is attached to this Memorandum. Accordingly, the Court's Case Administration Manager was notified of plaintiff's difficulty in accessing the document. The Case Administration Manager has since advised my office that the issue has been resolved.

    Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

/s/
Ellen Lipton Hollander
United States District Judge