Dr. Orly Taitz ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

Attention Hon Ellen Hollander

Re Taitz v Colvin 13-cv-1878

**NOTICE OF DOCUMENTS NOT BEING DOCKETED, REMOVED FROM THE DOCKET BY SOMEONE WITHOUT LEAVE OF COURT AND LACK OF SERVICE OF THE PLAINTIFF**

Hon Judge Hollander,

Please, find attached a chambers copy of the Reply in Support of Motion for Summary Judgment in favor of Plaintiff.

Aforementioned pleadings and exhibits were submitted by Federal Express and received by the court on 03.12.2014 in the morning, but were not docketed yet.

Pleadings submitted by the defense on 08.14.2013, ECF Document #7, were removed from the electronic docket by someone without any leave of court to do so.

Plaintiff was not served with 03.02.2014 pleadings by the defense, she does not receive electronic notification from the court and she accidentally found the pleadings on 03.09.2014 by checking the PACER. She was forced to draft a response in 1 day to make sure the decision by the court is not rendered without a reply by her. I tried to call the court official number 410-962-0742, however none of the multiple calls were transferred to the clerk's office, calls were either disconnected or there was an automatic response that the number is not valid.

Respectfully,

Dr. Orly Taitz ESQ

03.12 2014