AMICUS CURIAE
Friends of Justice
Lexington, Kentucky

CIVIL ACTION 13-CV-1878
Hon. Ellen Lipton Hollander
In the US District Court
For the District of Maryland

Dr. Orly Taitz, ESQ
29839 Santa Margarita, Suite 100
Rancho Santa Margarita, CA 92688
orly.taitz@hushmail.com

**Plaintiff**

v.

Carolyn Colvin,
in her official capacity as Acting Director
of the Social Security Administration

**Defendant**

## MAY IT PLEASE THE COURT

I am filing this anonymous Amicus Curiae in regards to the pleadings that Dr. Orly Taitz, ESQ (henceforth called "Taitz") has once again filed against the Social Security Administration (henceforth called "SSA." In an obvious ploy for personal enrichment and publicity.

### STATEMENT OF FACTS

On May 13, 2014, the court denied the defendant's motion to dismiss and granted a full motion for summary judgment, of which Taitz apparently has no clue what it means. The court ruled that

Case 1:13-cv-01878-ELH   Document 39-1   Filed 06/13/14   Page 1 of 1

[Court filing stamps: RETURNED 6/13; FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2014 JUN 11 A 11:25 CLERK'S OFFICE AT BALTIMORE BY _____ DEPUTY (crossed out with X)]