# EXHIBIT 2

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHAIR ULLA SAID WALI KHAIRKHWA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 08-CV-1805 (UNA) |

## Notice of Transfer

Respondents hereby provide notice that the United States has relinquished custody of Petitioner KHAIR ULLA SAID WALI KHAIRKHWA (ISN 579) and transferred him to the control of Qatar.

June 4, 2014

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

TERRY M. HENRY
Assistant Branch Director

/s/ Timothy B. Walthall
TIMOTHY B. WALTHALL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 305-0692
timothy.walthall@usdoj.gov
Attorneys for Respondents

I, Lila Dubert, attest that I served attached motion on the defense by placing it in the First class mail on 06.12. 2014

_____

Signed      Lila Dubert