IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ORLY TAITZ,

   *Plaintiff*,

v.

CAROLYN COLVIN, Commissioner,
Social Security Administration,

   *Defendant*.

Civil Action No. ELH-13-1878

## ORDER

For the reasons stated in the accompanying Memorandum, it is, this 13th day of June, 2014, by the United States District Court for the District of Maryland, ORDERED:

1. The "Motion for Reconsideration" (ECF 38) is DENIED; and

2. ECF 40 is GRANTED, in part, and DENIED, in part. In particular, the "Motion to Expedite Motion for Reconsideration" is GRANTED. In all other respects, ECF 40 is DENIED.

                                                  /s/
                                        Ellen Lipton Hollander
                                        United States District Judge